MIRANDA KANE (CSBN 150630)
JULIA M. BREYER (CSBN 284706)
KANE +KIMBALL LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 704-1400
Email: mkane@kanekimball.com
Email: jbreyer@kanekimball.com
Attorneys for Zi Xian Li

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-17-407-WHA |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE |
| ROBERT S. WONG a/k/a "Fei Hong," JEE CHUNG WONG, a/k/a "Choong," and ZI XIAN LI, a/k/a "Jimmy," | |
| Defendants. | |

The parties appeared before the Court for a status conference on October 17, 2017, during which the parties and the Court agreed on a plan for production of the voluminous discovery in this case, given that the government investigation included a wiretap and body wires, and all recorded conversations are in Cantonese. Defense counsel have reviewed the discovery and identified an initial set of 100 recordings they would like translated and transcribed. The CJA translator is reviewing the selected recordings to estimate the number of hours she will need to prepare the translations. That time estimate is required before defendants can submit an application for CJA funding.

Defendants understood that the Court's intention was for defendants to review the translated transcripts of the 100 selected recordings in advance of the next status conference. Counsel does not anticipate receiving the translations for the 100 selected recordings before the December holidays.

STIPULATION AND [~~PROPOSED~~] ORDER
[CR-17-407-WHA]

Accordingly, the parties hereby agree and stipulate that the status conference date, currently set for November 28, 2017, will be continued to January 23, 2018 at 2:00 p.m for a status conference before Judge Alsup. All three Defendants are out of custody on pre-trial release.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). The parties agree to extend the time limits of Rule 5.1 during this period as well.

SO STIPULATED.

Dated: November 27, 2017

/s/
DOUGLAS L. RAPPAPORT
Attorney for Defendant Robert S. Wong

Dated: November 27, 2017

/s/
PETER GOODMAN
Attorney for Defendant Jee Chung Wong

Dated: November 27, 2017

/s/
JULIA M. BREYER
Attorney for Defendant Zi Xian Li

ALEX G. TSE (CABN 152348)
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

Dated: November 27, 2017

/s/
KEVIN BARRY
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
[CR-17-407-WHA]

## [~~PROPOSED~~] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the date for the status conference in this matter is re-set for January 23, 2018 at 2:00 p.m. before Judge Alsup. The Court further ORDERS that the time from the date of this Order through January 23, 2018 shall be excluded from any calculations under 18 U.S.C. § 3161 and Rule 5.1 of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED**.

Dated: <u>November 27, 2017.</u>

_____
HON. WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE