IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT S. WONG, a/k/a FEI HONG, and<br>JEE CHUNG WONG, a/k/a CHOONG,<br><br>Defendants. | No. CR 17-00407 WHA<br><br>**NOTICE OF ORAL RULING GRANTING DEFENDANT JEE CHUNG WONG'S MOTION FOR ACQUITTAL** |

This notice summarizes certain proceedings as they pertained to defendant Jee Chung Wong in this matter. On July 25, 2017, a superseding indictment charged Jee Chung Wong with three counts of collecting extensions of credit by extortion means, in violation of 18 U.S.C. § 894, and aiding and abetting in its commission. The parties proceeded to trial on these charges and selected a jury on October 16, 2018. Opening arguments concluded on October 22 and the government began to present its evidence that same day (Dkt. Nos. 28, 148, 164).

After the government closed its evidence on October 24, Jee Chung Wong moved for a judgment of acquittal pursuant to FRCrP 29. The Court deferred ruling on the motion and provided the parties with a proposed charge to the jury for discussion at the following day's charging conference. At the October 25 charging conference, the government raised the issue of Jee Chung Wong's FRCrP 29 motion. After agreeing with the Court's proposed jury instructions as to aiding and abetting liability and the substantive elements of 18 U.S.C. § 894, the government conceded that it had failed to prove a necessary element of the charges against Jee Chung Wong. Following these concessions by the government, the Court granted Jee

Chung Wong's FRCrP 29 motion and adjudged him acquitted of all charges pending against him.

Dated: October 26, 2018.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE